**Order entered April 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01221-CR

**TRAVONTE MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-16957-V**

### ORDER

Before the Court is appellant's April 23, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before May 26, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE